UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KEVIN SCOTT THOMAS, <br><br> Petitioner, <br><br> v. <br><br> STATE OF WASHINGTON, <br><br> Respondent. | Case No. C20-0124-BJR-MAT <br><br> REPORT AND RECOMMENDATION |

Petitioner Kevin Scott Thomas is currently confined at the Coyote Ridge Corrections Center in Connell, Washington. On January 27, 2020, petitioner submitted to the Court for filing a petition for writ of habeas corpus under 28 U.S.C. § 2254 challenging a 2019 judgment of the Skagit County Superior Court. (*See* Dkt. 1.) Petitioner failed to submit with his petition either the requisite filing fee or an application to proceed with this action *in forma pauperis*. (*See id.*) The Clerk therefore sent petitioner a letter advising him that his submission was deficient and directing him to correct the deficiency not later than February 26, 2020 or face dismissal of this action. (*See* Dkt. 2.)

On February 24, 2020, petitioner submitted an application to proceed with this action *in forma pauperis*. (Dkt. 3.) However, the application was deficient because the "Certification"

REPORT AND RECOMMENDATION
PAGE - 1

section of the application, which must be completed by the financial officer at petitioner's institution, was left blank. Thus, on February 25, 2020, the Clerk sent petitioner a letter advising him of the deficiency in his application and directing him to correct the deficiency not later than March 26, 2020 or face dismissal of this action. (Dkt. 4.) To date petitioner has not responded to the Clerk's second deficiency letter.

As petitioner has had ample time to correct the deficiency in his *in forma pauperis* application, but has failed to do so, this Court recommends that the instant action be dismissed without prejudice for failure to prosecute. A proposed order accompanies this Report and Recommendation.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit within **twenty-one (21) days** of the date on which this Report and Recommendation is signed. Failure to file objections within the specified time may affect your right to appeal. Objections should be noted for consideration on the District Judge's motions calendar for the third Friday after they are filed. Responses to objections may be filed within **fourteen (14) days** after service of objections. If no timely objections are filed, the matter will be ready for consideration by the District Judge on **May 22, 2020**.

DATED this 30th day of April, 2020.

Mary Alice Theiler
United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE - 2