UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KEVIN SCOTT THOMAS<br><br>Petitioner,<br><br>v.<br><br>STATE OF WASHINGTON<br>Respondent. | Case No.: C20-124-BJR<br><br>ORDER DISMISSING CASE |

The Court, having reviewed the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and the remaining record, hereby ORDERS:

(1) The Report and Recommendation is approved and adopted;

(2) This action is DISMISSED without prejudice for failure to prosecute; and

(3) The Clerk is directed to send copies of this Order to petitioner and to the Honorable Mary Alice Theiler.

DATED this 26th day of May 2020.

*Barbara J. Rothstein*
Barbara Jacobs Rothstein
U.S. District Court Judge